**FILED & ENTERED**

NOV 16 2023

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.: 6:23-bk-15118-WJ |
| WAGNER A. LEMUS, | CHAPTER 11 (Subchapter V) |
| Debtor. | **ORDER CONTINUING THE AUTOMATIC STAY** |
| | Hearing:<br>Date:  November 16, 2023<br>Time:  10:00 a.m.<br>Place: United States Bankruptcy Court<br>         Courtroom 304<br>         3420 Twelfth Street<br>         Riverside, CA 92501 |

- 1 -

On October 31, 2023, the debtor filed this chapter 11 case pursuant to subchapter V. On November 2, 2023, the debtor filed a motion to continue the automatic stay [docket #5]. The Court held a hearing regarding the motion on November 16, 2023 and counsel for the debtor appeared. No one else appeared at the hearing and no one filed opposition to the motion.

Accordingly, good cause appearing, the Court hereby ORDERS:

1. The automatic stay is continued in this bankruptcy case with respect to creditors and parties in interest (a) who were properly served with the motion and (b) for whom sufficient evidence of proper service is attached to the motion.

IT IS SO ORDERED.

###

Date: November 16, 2023

Wayne Johnson
United States Bankruptcy Judge